DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.R.M.,** the Father,
Appellant,

v.

**K.D.A.,** the Mother and **M.B.A.,**
Appellees.

No. 4D20-2540

[June 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502020DR002611.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Suzanne Mandich of The Mandich Law Firm, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***